UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-06735-SRM (JPRx) | Date | December 5, 2025 |
|---|---|---|---|
| Title | Oscar Magallanes v. Cotti Foods Corporation et al | | |

PRESENT:

**HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE**

Gabriela Garcia                                                        Not Reported
Deputy Clerk                                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [10] that this action settled, hereby orders this action dismissed without prejudice.  The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **60 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

-      :      -

Initials of Deputy Clerk      gga

cc: